1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TCA PROPERTIES, LLC, a Nevada Limited Liability Company, and GAS PROPERTIES, LLC, a Nevada Limited Liability Company,<br><br>             Plaintiffs,<br><br>       vs.<br><br>FJ MANAGEMENT INC., a Utah Corporation formerly known as Flying J Inc.; and DOES I through X,<br><br>             Defendants.<br>_____/ | Case No.: 3:14-cv-00267-LRH-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE REPLY TO SECOND RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT OR FOR CLARIFICATION AND TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiffs TCA PROPERTIES, LLC and GAS PROPERTIES, LLC ("Plaintiffs"), and Defendant FJ MANAGEMENT INC. ("Defendant"), by and through counsel, hereby agree and stipulate to extend the time allowed for Plaintiffs to file their Reply to their Second Renewed Motion for Partial Summary Judgment or For Clarification (Dk #69), up to and including December 5, 2016.  This Stipulation is entered to accommodate ongoing settlement negotiations.  This is the second request to extend the time for Plaintiffs to file this Reply.

Plaintiffs and Defendant, by and through counsel, hereby further agree and stipulate to extend the time allowed for Plaintiffs to file their Response to Defendant's Motion for Summary Judgment (Dk #75), up to and including December 5, 2016.  This Stipulation is also entered to accommodate the ongoing settlement negotiations.  This is the second request to extend the time for Plaintiffs to file this Response.

1

This Stipulation is made for good cause and not for the purposes of delay. Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

IT IS SO STIPULATED.

DATED this 19th day of October, 2016.

| DOTSON LAW | SNELL & WILMER LLP |
|---|---|
| /s/ ROBERT A. DOTSON | /s/ PATRICK G. BYRNE |
| ROBERT A. DOTSON (SBN 5285) | PATRICK G. BYRNE (SBN 7636) |
| One East First Street | JANINE C. PRUPAS (SBN 9156) |
| City Hall Tower, Ste. 1600 | 50 W. Liberty Street, Suite 510 |
| Reno, Nevada 89501 | Reno, Nevada 89501 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

IT IS SO ORDERED.

DATED this 21st day of October, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2